# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DON GREGORIC,**

        Plaintiff,

    V.                            CASE NUMBER: **06-C-1295**

**HOMETOWN, INC.,**
**RICK HUSSE, and**
**UNION HALL,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed** *in forma pauperis* **is DENIED.**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
| **January 23, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |